

# Fourth Court of Appeals
## San Antonio, Texas

August 19, 2015

No. 04-15-00403-CR

Kenneth Thomas **MORGAN-DAVIS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR4937
The Honorable Kevin M. O'Connell, Judge Presiding

### ORDER

In accordance with this court's opinion issued this date, this appeal is DISMISSED. It is ORDERED that no costs shall be assessed against appellant in relation to this appeal because he qualifies as an indigent under TEX. R. APP. P. 20.1.

It is so **ORDERED** on August 19, 2015.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of August, 2015.

_____
Keith E. Hottle, Clerk